UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOWARD STEELE, as the Personal Representative for the Estate of Lee Ann Steele, JANETTE GRIEB, a single person, and SHARON GUNDERSON, aka SHARON PRIEBE,<br><br>Plaintiffs,<br><br>v.<br><br>EXTENDICARE HEALTH SERVICES, INC.; EXTENDICARE HOMES, INC.; and FIR LANE TERRACE CONVALESCENT CENTER, INC.,<br><br>Defendants. | CASE NO. C08-1332-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' Motion to File Over-Length Response Brief to Defendants' Motion for Reasonable Attorneys' Fees and Expenses (Dkt. No. 97). Local Rule W.D. Wash. CR 7(f) provides that motions to file over-length briefs are "disfavored" but may be filed subject to certain guidelines. For example, the motion shall be filed at least three judicial days before the underlying brief is due and the motion shall be no longer than two pages and must state the number of extra pages requested. Plaintiffs have complied with the Rule and request an additional 10 pages, for a

MINUTE ORDER – 1

1 total of 22 pages, based on the allegedly complex factual issues and the amount of fees requested. The
2 Court hereby GRANTS IN PART the motion and will allow Plaintiffs' response brief to contain an
3 additional five pages, for a total of 17 pages.
4     DATED this 16th day of April, 2009.

                                              BRUCE RIFKIN, Clerk of Court

                                              By  */s/ V. Perez*
                                                      Deputy Clerk

26 MINUTE ORDER – 2