UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOWARD STEELE, as the Personal Representative for the Estate of Lee Ann Steele, JANETTE GRIEB and SHARON GUNDERSON, aka SHARON PRIEBE,<br><br>Plaintiffs,<br><br>v.<br><br>EXTENDICARE HEALTH SERVICES, INC.; EXTENDICARE HOMES, INC., and FIR LANE TERRACE CONVALESCENT CENTER, INC.,<br><br>Defendants. | Case No. C08-1332JCC<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFFS , and on behalf of DEFENDANTS in the amount of $4,623.05 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. DEPOSITION COSTS | $5,258.95 | $732.50 | $4,574.75 |

With the exception of the costs incurred for obtaining rough drafts the Clerk allowed as taxable costs all expenses charged for depositions actually used by either counsel.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II. COPY COSTS | $48.30 | 0 | $48.30 |

All of the costs for copying requested by defendants are allowable.

Dated this  22nd  day of APRIL, 2009 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2